IN THE UNITES STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BITCO GENERAL INSURANCE CORPORATION F/K/A BITUMINOUS CASUALTY CORPORATION | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 5:18-cv-325-FB |
| MONROE GUARANTY INSURANCE COMPANY, A MEMBER OF THE FCCI INSURANCE GROUP; DEAN DAVENPORT, Individually; 5 D DRILLING AND PUMP SERVICE, INC. F/K/A DAVENPORT DRILLING & PUMP SERVICE, INC.; and DAVID JONES D/B/A J & B FARMS OF TEXAS | § § § § § § § § § § | |
| Defendants. | § | |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO ALL PARTIES EXCEPT MONROE GUARANTY INSURANCE COMPANY,
A MEMBER OF THE FCCI INSURANCE GROUP**

Plaintiff BITCO GENERAL INSURANCE CORPORATION F/K/A BITUMINOUS CASULATY CORPORATION ("BITCO General" or "Plaintiff") and Defendants DEAN DAVENPORT, Individually ("Davenport"), 5 D DRILLING AND PUMP SERVICE, INC. F/K/A DAVENPORT DRILLING & PUMP SERVICE, INC. ("5D Drilling") , and DAVID JONES D/B/A J&B FARMS OF TEXAS ("Jones"), file this Agreed Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41 (a)(1)(ii).  MONROE GUARANTY INSURANCE COMPANY, A MEMBER OF THE FCCI INSURANCE GROUP ("MGIC"), a party named as a Defendant but is not a participant in any settlement.

1.    The parties being dismissed with prejudice are Plaintiff BITCO GENERAL INSURANCE CORPORATION F/K/A BITUMINOUS CASUALTY CORPORATION (as to

any counter-claims that were or could have been filed by Defendants); and Defendants DEAN DAVENPORT, Individually, 5 D DRILLING AND PUMP SERVICE, INC. F/K/A DAVENPORT DRILLING & PUMP SERVICE, INC., and DAVID JONES D/B/A J&B FARMS OF TEXAS.

2. On or about April 12, 2018, Plaintiff filed this action.

4. Plaintiff BITCO General and Defendants Davenport, 5D Drilling, and Jones, move to dismiss the suit with prejudice as to each other only.

5. Plaintiff BITCO General agrees to the dismissal with prejudice as to Defendants Davenport, 5D Drilling, and Jones.

6. Davenport filed an Answer and agrees to the dismissal with prejudice.

7. 5D Drilling filed an Answer and agrees to the dismissal with prejudice.

8. Jones filed an Answer and agrees to the dismissal with prejudice.

9. Defendant MGIC filed an Answer but is not a party to any settlement with Plaintiff BITCO General or Defendants at this time.

10. This case is not a class action.

11. A receiver has not been appointed in this action.

12. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

13. Plaintiff and Defendants Davenport, 5D Drilling, and Jones have not dismissed an action based on or including the same claims as those presented in this suit.

14. Plaintiff and Defendants Davenport, 5D Drilling, and Jones have reached an agreement and Plaintiff has agreed to dismiss all claims against Defendants Davenport, 5D Drilling, and Jones from this action pursuant to that agreement. Plaintiff and Defendants

Davenport, 5D Drilling, and Jones file this Stipulation of Dismissal to dismiss Defendants Davenport, 5D Drilling, and Jones with prejudice.

Respectfully submitted,

**CURNEY, FARMER, HOUSE, OSUNA & JACKSON, P.C.**

By: **/S/ Wm. David Farmer**
    **Wm. David Farmer**
    State Bar No. 06826470
    wdfarmer@cfholaw.com
    411 Heimer Road
    San Antonio, Texas 78232-4854
    Telephone:   (210) 377-1990
    Facsimile:   (210) 377-1065

*Attorneys for Plaintiff BITCO General Corporation f/k/a Bituminous Casualty Corporation*

**SHIDLOFSKY LAW FIRM, PLLC**

By: **/s/ Douglas P. Skelley**
    Douglas P. Skelley
    State Bar No. 24056335
    doug@shidlofskylaw.com
    Rebecca DiMasi
    State Bar No. 24007115
    rebecca@shidlofskylaw.com
    7200 N. Mopac Expressway, Suite 430
    Austin, Texas 78731
    Telephone:   (512) 685-1400
    Facsimile:   (866) 232-8710

*Attorneys for Defendants Dean Davenport, Individually, and 5D Drilling and Pump Service, Inc. f/k/a Davenport Drilling & Pump Service, Inc.*

**THOMAS C. HALL, P.C.**

By: **/s/ Thomas C. Hall**
    Thomas C. Hall
    State Bar No. 08774550
    hall@tomhall-lawyer.com
    110 Broadway, Suite 550
    San Antonio, Texas 78205
    Telephone:   (210) 222-2000
    Facsimile:   (210) 222-1156

*Attorneys for Defendant David Jones d/b/a J&B Farms of Texas*

**PULMAN, CAPPUCCIO, PULLEN, BENSON &JONES, LLP**

*By:* **/s/ Leslie Sara Hyman**
    Elliott S. Cappuccio
    Texas State Bar No. 24008419
    ecappuccio@pulmanlaw.com
    Leslie Sara Hyman
    Texas State Bar No. 00798274
    lhyman@pulmanlaw.com
    2161 NW Military Highway, Suite 400
    San Antonio, Texas 78213
    Telephone:   (210) 222-9494
    Facsimile:   (210) 892-1610

*Attorneys for Defendants Dean Davenport, Individually, and 5D Drilling and Pump Service, Inc. f/k/a Davenport Drilling & Pump Service, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of October, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

*Via CM/ECF*
Douglas P. Skelley
Rebecca DiMasi
Shidlofsky Law Firm, PLLC
7200 N. Mopac Expressway, Suite 430
Austin, Texas 78731
*Attorneys for Defendants Dean Davenport, Individually, and 5d Drilling and Pump Service, Inc. F/K/A Davenport Drilling & Pump Service, Inc.*

*Via CM/ECF*
J. Richard Harmon
Jo Allison Stasney
Thompson, Coe, Cousins & Irons, LLP
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas  75201-2832
*Attorneys for Defendant Monroe Guaranty Insurance Company*

*Via CM/ECF*
Thomas C. Hall
Thomas C. Hall, P.C.
110 Broadway, Suite 550
San Antonio, Texas 78205
*Attorneys for Defendant David Jones d/b/a J&B Farms Of Texas*

*Via CM/ECF*
Elliott S. Cappuccio
Leslie Sara Hyman
Pulman, Cappuccio &Pullen, LLP
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
*Additional Attorneys for Defendants Dean Davenport, Individually, and 5d Drilling and Pump Service, Inc. F/K/A Davenport Drilling & Pump Service, Inc.*

      */s/ Wm. David Farmer*_____
      **Wm. David Farmer**